UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BESMELLAH JAMALI,

Petitioner,

v.

CAMMILLA WAMSLEY, *et al.*,

Respondents.

Case No. C26-2333-MLP

ORDER

Based on Petitioner's Stipulated Motion to Amend the Scheduling Order (dkt. # 12), it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Respondents shall have up to and including **August 12, 2026**, to file a return to the habeas petition;
- Any traverse by Petitioner shall be filed no later than **August 19, 2026**.

Dated this 29th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge